**SO ORDERED.**

**DONE and SIGNED August 1, 2013.**



_____
STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| IN RE: | : | Case No. 12-12013 |
|---|---|---|
| | : | |
| LOUISIANA RIVERBOAT GAMING | : | Chapter 11 |
| PARTNERSHIP, *et al.*[1] | : | |
| | : | Jointly Administered |
| DEBTORS | : | |
| | : | |

| | : | |
|---|---|---|
| GLOBAL GAMING LEGENDS, LLC, | : | Adversary No. 13-01007 |
| *et al.* | : | |
| | : | |
| | : | **CONSOLIDATED WITH** |
| VERSUS | : | |
| | : | |
| | : | Adversary No. 13-01008 |
| LEGENDS GAMING OF LOUISIANA-1, | : | |
| LLC, *et al.* | : | |
| | : | |

---

[1] Legends Gaming of Louisiana-1, LLC (12-12014); Legends Gaming of Louisiana-2, LLC (12-12015); Legends Gaming, LLC (12-12017); Legends Gaming of Mississippi, LLC (12-12019); and Legends Gaming of Mississippi RV Park, LLC (12-12020) are being jointly administered with Louisiana Riverboat Gaming Partnership pursuant to order of this Court (the "Debtors") [Main Case, P-6].

# ORDER SUSPENDING DEADLINE FOR ADDING OF PARTIES AND AMENDING PLEADINGS PURSUANT TO CASE MANAGEMENT ORDER LIMITING TIME FOR COMPLETION OF DISCOVERY AND SCHEDULING TRIAL [R. 54]

Considering the EMERGENCY MOTION TO MODIFY CASE MANAGEMENT ORDER LIMITING TIME FOR COMPLETION OF DISCOVERY AND SCHEDULING TRIAL [R. 57], filed by Global Gaming Legends, LLC, Global Gaming Vicksburg, LLC, Global Gaming Solutions, LLC and Global Gaming Bossier City, LLC, (collectively, "Global Parties") and the arguments of counsel during an emergency telephone hearing held on July 31, 2013;

IT IS ORDERED that the August 1, 2013 deadline for amending pleadings and adding additional parties set forth as Item No. 1 in the CASE MANAGEMENT ORDER LIMITING TIME FOR COMPLETION OF DISCOVERY AND SCHEDULING TRIAL [R. 54] is hereby **SUSPENDED** pending further order of this Court. The Court will enter a new deadline for amending pleadings and adding additional parties reflected in an amended scheduling order to be jointly proposed by the parties.

####

August 1, 2013.

Order Submitted By:

**GORDON, ARATA, MCCOLLAM, DUPLANTIS & EAGAN, LLC**

By: **/s/ Louis M. Phillips**
Louis M. Phillips (La. Bar No. 10505)
Elizabeth A. Spurgeon (La. Bar No. 33455)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Phone: (225) 381-9643
Facsimile: (225) 336-9763
Email: lphillips@gordonarata.com
Email: espurgeon@gordonarata.com

AND

**DENTONS US LLP**
C. Michael Moore (*pro hac* vice pending)
Gene R. Besen   (*pro hac* vice pending)
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:    (214) 259-0910
Email: mike.moore@snrdenton.com
Email: gene.besen@snrdenton.com

*Attorneys for Global Legends, LLC, Global Vicksburg, LLC, Global Gaming Solutions, LLC and Global Bossier City, LLC*

```
                         United States Bankruptcy Court
                         Western District of Louisiana
Global Gaming Legends, LLC,
         Plaintiff                                              Adv. Proc. No. 13-01007-SVC

Legends Gaming of Louisiana-1, LLC,
         Defendant                    CERTIFICATE OF NOTICE
District/off: 0536-5          User: rxparker          Page 1 of 2          Date Rcvd: Aug 02, 2013
                              Form ID: pdf8           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion05.sh.ecf@usdoj.gov Aug 02 2013 20:45:46     Office of U. S. Trustee,
              300 Fannin St., Suite 3196,   Shreveport, LA 71101-3122
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2013**                **Signature:**  _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2013 at the address(es) listed below:

```
          Barry W. Miller    on behalf of Counter-Claimant    Legends Gaming of Louisiana-1, LLC
           bmiller@hellerdraper.com,   rterrebonne@hellerdraper.com;kfritscher@hellerdraper.com
          Elizabeth  Spurgeon    on behalf of Defendant    Global Gaming Bossier City, LLC
           espurgeon@gordonarata.com,   jalcantara@gordonarata.com
          Louis M. Phillips    on behalf of Counter-Defendant    Global Gaming Bossier City, LLC
           lphillips@gordonarata.com,
           pbartholomew@gordonarata.com;jalcantara@gordonarata.com;espurgeon@gordonarata.com
          S. Ault Hootsell, III    on behalf of Intervenor    Ad Hoc Group of First Lien Lenders
           hootsela@phelps.com,   crombiet@phelps.com
          William H. Patrick, III    on behalf of Defendant    Legends Gaming of Louisiana-1, LLC
           wpatrick@hellerdraper.com,   lwright@hellerdraper.com
                                                                                              TOTAL: 5
```