**SO ORDERED.**

**DONE and SIGNED October 28, 2013.**



**STEPHEN V. CALLAWAY**
**UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| In re | : | Case No. 12-12013 |
| | : | |
| LOUISIANA RIVERBOAT GAMING | : | Chapter 11 |
| PARTNERSHIP, *et al.*[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

_____

| | | |
|---|---|---|
| GLOBAL GAMING LEGENDS, LLC, | : | Adversary No. 13-1007 |
| *et al.* | : | |
| | : | |
| | : | CONSOLIDATED WITH |
| v. | : | |
| | : | |
| LEGENDS GAMING OF LOUISIANA-1, | : | Adversary No. 13-1008 |
| LLC, *et al.* | : | |

_____

**<u>ORDER</u>**

---

[1] Legends Gaming of Louisiana-1, LLC (12-12014); Legends Gaming of Louisiana-2, LLC (12-12015); Legends Gaming, LLC (12-12017); Legends Gaming of Mississippi, LLC (12-12019); and Legends Gaming of Mississippi RV Park, LLC (12-12020) are being jointly administered with Louisiana Riverboat Gaming Partnership pursuant to order of the Court [Main Case, P–6], (herein referred to collectively as "Legends").

{00336989-7}

A hearing was held in the above captioned adversary proceedings on September 25, 2013, to consider the *Joint Motion For Protective Order by Global Gaming Parties, The Brantley Firm and Joseph P. Brantley, IV* [P-82] and the opposition filed thereto.

Present in court were:

Barry Miller, Andrew Glenn and Olga L. Fuentes-Skinner, on behalf of Debtors//Defendants/ Plaintiffs-in-Counter-Claim, Louisiana Riverboat Gaming Partnership, Legends Gaming of Louisiana-1, LLC, Legends Gaming of Louisiana-2, LLC, Legends Gaming, LLC, Legends Gaming of Mississippi, LLC and Legends Gaming of Mississippi RV Park, LLC, (hereinafter referred to collectively as "Legends");

Louis Phillips, Rick Shelby and Gene Besen, on behalf of Plaintiffs/Defendants-in-Counter-Claim, Global Gaming Legends, LLC, Global Gaming Vicksburg, LLC, Global Gaming Bossier City, LLC and Global Gaming Solutions, LLC, (hereinafter referred to collectively as "Global"),

Robert Malionek on behalf of Wilmington Trust Company, solely in its capacity as Administrative Agent (the "First Lien Agent") under that certain Amended and Restated First Lien Credit Agreement, dated as of August 31, 2009 (the "First Lien Credit Agreement"), and the ad hoc group of lenders under the First Lien Credit Agreement, who have intervened in the above-captioned adversary proceeding (together with the First Lien Agent, the "First Lien Parties").

The Court, considering the pleadings on file and arguments of counsel, and for the reasons orally assigned, hereby denies said motion, and accordingly,

IT IS HEREBY ORDERED THAT:

(1)  the *Joint Motion For Protective Order by Global Gaming Parties, The Brantley Firm and Joseph P. Brantley, IV* [P-82] is DENIED;

(2)  Brantley & Associates, APLC and Joseph P. Brantley, IV, (collectively referred to herein as "Brantley"), shall produce the documents and records as set forth, itemized and described in the Subpoena Duces Tecum served upon Joseph P. Brantley, IV by Legends within ten (10) days of entry of this order; and

(3) Upon oral motion made in open court by counsel for the Global Gaming Parties, this order is stayed, for the purposes of (i) allowing the Global Gaming Parties to seek review from the United States District Court, given the importance of the privilege issue, or (ii) allowing the Global Gaming Parties to seek reconsideration from this Court, pending final resolution of such motion for reconsideration or appeal;

(4) If Global fails to file a timely notice of appeal from or motion for reconsideration of this order, then the stay of this order will cease to be effective; and

(5) To the extent necessary and appropriate, this Court certifies this order for interlocutory appeal to the United States District Court.

# # # # #

This order was prepared and is being submitted by:

William H. Patrick, III, La. Bar No. 10359
Barry W. Miller, La. Bar No. 09678
Tristan Manthey, La. Bar No. 24539
**Heller, Draper, Patrick & Horn, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: (504) 299-3300
Fax: (504) 299-3399

and

Andrew K. Glenn (admitted *pro hac vice*)
Olga L. Fuentes-Skinner (admitted *pro hac vice*)
**Kasowitz, Benson, Torres & Friedman LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Fax: (504) 299-3399

*Counsel for*
*Defendants-Counterclaim Plaintiffs-Debtors*