| | | |
|---|---|---|
| IN RE: | : | Case No. 12-12013 |
| | : | |
| LOUISIANA RIVERBOAT GAMING | : | Chapter 11 |
| PARTNERSHIP, *et al.*[1] | : | |
| | : | Jointly Administered |
| DEBTORS | : | |
| | : | |

| | | |
|---|---|---|
| | : | |
| GLOBAL GAMING LEGENDS, LLC, | : | Adversary No. 13-01007 |
| *et al.* | : | |
| | : | |
| | : | CONSOLIDATED WITH |
| VERSUS | : | |
| | : | |
| | : | Adversary No. 13-01008 |
| LEGENDS GAMING OF LOUISIANA-1, | : | |
| LLC, *et al.* | : | |
| | : | |

**PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S DENIAL OF THE JOINT MOTION FOR PROTECTIVE ORDER BY GLOBAL GAMING PARTIES, THE BRANTLEY FIRM AND JOSEPH P. BRANTLEY, IV**

**NOW INTO COURT**, through undersigned counsel, come Global Gaming Legends, LLC, Global Gaming Vicksburg, LLC, and Global Gaming Bossier City, LLC , Global Gaming Solutions, LLC (collectively, "Global"), who file this motion for reconsideration of the Court's Order (ECF Doc. No. 106) (the "Order") denying Global and Joseph P Brantley, IV's ("Mr. Brantley") *Joint Motion For Protective Order by Global Gaming Parties, The Brantley Firm and Joseph P. Brantley, IV* (ECF Doc. No. 82) ("Joint Motion for Protective Order") pursuant to FED. R. BANKR. PROC. 9023 and FED. R. CIV. PROC. 59(e). In support, Global represents:

---

[1] Legends Gaming of Louisiana-1, LLC (12-12014); Legends Gaming of Louisiana-2, LLC (12-12015); Legends Gaming, LLC (12-12017); Legends Gaming of Mississippi, LLC (12-12019); and Legends Gaming of Mississippi RV Park, LLC (12-12020) are being jointly administered with Louisiana Riverboat Gaming Partnership pursuant to order of this Court [Main Case, ECF Doc. No. 6].

1.

Under the Order, and for oral reasons provided by the Court at the September 25, 2013 hearing on the Joint Motion for Protective Order, this Court denied Global and Mr. Brantley's request for an order pursuant to Rules 7026 and 9016 of the Federal Rules of Bankruptcy Procedure and Rules 26 and 45 of the Federal Rules of Civil Procedure, limiting the scope of the subpoena Legends[2] served on Mr. Brantley.

2.

Global requests that this Court reconsider and reverse the Order pursuant to Bankruptcy Rules 9023 and Rule 59(e), and enter a protective order limiting the scope of the subpoena Legends served on Mr. Brantley.[3]

3.

The grounds for the relief requested herein are set forth in the memorandum in support of this motion, which is filed herewith.

**WHEREFORE**, Global requests, that after due consideration, that this Court reverse the Order, and reconsider the reasons underlying the Order as orally assigned by the Court at the September 25, 2013 hearing, pursuant to FED. R. BANKR. PROC. 9023 and FED. R. CIV. PROC. 59, that the Court enters a protective order limiting the scope of the subpoena Legends served on Mr. Brantley and for such other relief as this Court may deem appropriate.

---

[2] Legends Gaming of Louisiana-1, LLC; Legends Gaming of Louisiana-2, LLC; and Legends Gaming, LLC are referred to herein as "Legends Louisiana Entities". The Louisiana Legends Entities, Legends Gaming of Mississippi, LLC and Legends Gaming of Mississippi RV Park, LLC are referred to herein as "Legends." Legends and Louisiana Riverboat Gaming Partnership are collectively referred to as "Debtors."

[3] Global incorporates by reference their previous pleadings and arguments, including the background and citations, related to their Motion for Protective Order. *See* Joint Motion for Protective Order ECF Doc. No. 82; Reply in Support of Joint Motion for Protective Order, ECF Doc. No. 89.

Submitted on this 12th day of November 2013,

**GORDON, ARATA, MCCOLLAM,
 DUPLANTIS & EAGAN, LLC**

By: **/s/ Louis M. Phillips**
Louis M. Phillips (La. Bar No. 10505)
Elizabeth A. Spurgeon (La. Bar No. 33455)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Phone: (225) 381-9643
Email: lphillips@gordonarata.com
Email: espurgeon@gordonarata.com

- AND -

Patrick ("Rick") M. Shelby (La. Bar No. 31963)
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111
E-Mail: PShelby@gordonarata.com

- AND -

**Dentons US LLP**
C. Michael Moore
Gene R. Besen
2000 McKinney Ave, Suite 1900
Dallas, TX 75201
Telephone: (214) 259-0900
Facsimile: (214) 259-0910
Email: mike.moore@dentons.com
Email: gene.besen@dentons.com
*Attorneys for Global Gaming Legends, LLC, Global Gaming Vicksburg, LLC, Global Gaming Solutions, LLC and Global Gaming Bossier City, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of foregoing pleading was served upon those parties below receiving electronic notification via the Bankruptcy Court's CM/ECF System, on the 12th day of November 2013.

    S. Ault Hootsell on behalf of Intervenor Ad Hoc Group of First Lien Lenders - hootsela@phelps.com, crombiet@phelps.com

    Barry W. Miller on behalf of Plaintiff Legends Gaming of Louisiana-1, LLC - bmiller@hellerdraper.com, rterrebonne@hellerdraper.com, kfritscher@hellerdraper.com

    William H. Patrick on behalf of Plaintiff Legends Gaming of Louisiana-1, LLC wpatrick@hellerdraper.com

November 12, 2013 in Baton Rouge, Louisiana.

                                      **/s/ Louis M. Philips**
                                      Louis M. Phillips (La. Bar No. 10505)