**SO ORDERED.**

**DONE and SIGNED December 11, 2013.**



*[signature]*
STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE

___

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 12-12013 |
| | : | |
| LOUISIANA RIVERBOAT GAMING PARTNERSHIP, *et al.* | : | Chapter 11 |
| | : | Jointly Administered |
| DEBTORS | : | |
| | : | |
| GLOBAL GAMING LEGENDS, LLC, *et al.* | : | Adversary No. 13-01007 |
| | : | |
| | : | CONSOLIDATED WITH |
| VERSUS | : | |
| | : | Adversary No. 13-01008 |
| LEGENDS GAMING OF LOUISIANA-1, LLC, *et al.* | : | |

**CONSENT AMENDED ORDER SETTING BRIEFING AND SUBMISSION SCHEDULE ON PLAINTIFFS' MOTION TO STAY PROCEEDINGS [P-120]**

Considering the JOINT MOTION FOR CONSENT ORDER SETTING BRIEFING AND SUBMISSION SCHEDULE OF PLAINTIFFS' MOTION TO STAY PROCEEDINGS [P-120] FOR FINAL RULING BY THE COURT filed by the parties to these proceedings, and the consent of the parties to the issuance of this amended order:

**IT IS ORDERED** Defendants' response/objection to Plaintiffs' *Emergency Motion To Stay Proceeding Pending District Court Ruling on Plaintiffs' Motion for Mandatory and Discretionary Withdrawal of the Reference* [P-120] (the "Motion to Stay") shall be filed and served and copies shall be delivered to Chambers by e-mail to Mr. Gary Horton by December 6, 2013;

**IT IS FURTHER ORDERED** that Plaintiffs' reply brief in support of the Motion to Stay shall be filed and served and copies shall be delivered to Chambers by e-mail to Mr. Gary Horton by December 19, 2013.

**IT IS FURTHER ORDERED** that the Motion to Stay is thereby to be deemed submitted as of December 20, 2013 and the Motion to Stay shall be decided on the briefs without the need for a hearing.

####

December 10, 2013.

Agreed as to form and substance:

| | |
|---|---|
| Barry W. Miller | Olga L. Fuentes-Skinner |
| HELLER, DRAPER, PATRICK & HORN, L.L.C. | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| 605 Poydras Street, Suite 2500 | 163 Broadway |
| New Orleans, Louisiana 70130-6103 | New York, NY 10019 |
| (504) 229-3300 - *telephone* | (212) 506-1700 - *telephone* |
| (504) 299-3399 - *facsimile* | (504) 299-3399 - *facsimile* |
| wpatrick@hellerdraper.com | ofuentes@kasowitz.com |
| bmiller@hellerdraper.com | aglenn@kasowitz.com |
| tmanthey@hellerdraper.com | *Attorneys for Debtors* |

*Attorneys for Debtors*

| | |
|---|---|
| Louis M. Phillips<br>GORDON, ARATA, MCCOLLAM,<br>DUPLANTIS & EAGAN, LLC<br>One American Place<br>301 Main Street, Suite 1600<br>Baton Rouge, LA 70801-1916<br>Phone: (225) 381-9643<br>Facsimile: (225) 336-9763<br>Email: lphillips@gordonarata.com<br>*Attorneys for Global Parties* | Gene R. Besen   (*pro hac* vice pending)<br>DENTONS US LLP<br>2000 McKinney Ave, Suite 1900<br>Dallas, TX  75201<br>Telephone:  (214) 259-0900<br>Facsimile:   (214) 259-0910<br>Email: mike.moore@snrdenton.com<br>Email: gene.besen@snrdenton.com<br>*Attorneys for Global Parties* |
| S. Ault Hootsell III<br>PHELPS DUNBAR LLP<br>365 Canal Street, Suite 2000<br>New Orleans, Louisiana 70130-6534<br>(504) 566-1311 - *telephone*<br>(540) 568-9130 - *facsimile*<br>Ault.Hootsell@phelps.com<br><br>*Attorneys for Wilmington Trust Company and the Ad Hoc Group of Lenders* | Michael J. Riela<br>LATHAM & WATKINS LLP<br>885 Third Ave.<br>New York, NY 10022<br>(212) 906-1200 - *telephone*<br>(212) 751-4864 - *facsimile*<br>Paul.Harner@lw.com<br>Michael.Riela@lw.com<br>Robert.Malionek@lw.com<br><br>*Attorneys for Wilmington Trust Company and the Ad Hoc Group of Lenders* |