**SO ORDERED.**

**DONE and SIGNED January 10, 2014.**



**STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NUMBER 12BK-12013-S11** |
| | : | |
| **LOUISIANA RIVERBOAT GAMING** | : | |
| **PARTNERSHIP,** *et al.*[1] | : | |
| **(Debtors)** | : | |
| | : | |
| | : | |

| | | |
|---|---|---|
| | : | |
| **GLOBAL GAMING LEGENDS, LLC,** *et al.*[2] | : | **ADVERSARY NUMBER 13AP-1007** |
| | : | **(Lead Adversary Proceeding)** |
| | : | |
| **VERSUS** | : | **Consolidated With** |
| | : | |
| **LEGENDS GAMING OF LOUISIANA-1,** | : | |
| **LLC,** et al. | : | **ADVERSARY NUMBER: 13AP-1008** |
| | : | |

**ORDER**

Pursuant to the **Memorandum Ruling** entered this date and incorporated herein by reference,

**IT IS HEREBY ORDERED** that the *Order Granting Interim Stay of Proceedings* [Docket

# 123] is made **FINAL**, and the stay imposed by that order shall **remain in full force and effect** over

any responsive pleadings, any responses to applicable deadlines, any further proceedings on any

pending motions and matters, and **shall hereby include any and all discovery activity between the various parties** pending a ruling by the District Court on the motion to withdraw the reference.

**THUS DONE AND SIGNED** in chambers, in Shreveport, Louisiana this 10th day of January, 2014.